1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

| | |
|---|---|
| United States of America,<br>    *Plaintiff*,<br>  v.<br>Candace Marie Zie,<br>    *Defendant*. | Case No. 09-cr-1005-TJH<br><br>(Ninth Cir. No. 13–50218)<br><br>**Order Granting Motion for Release on Bail Pending Appeal** [2462] |

11
12
13
14
15

16  **Good cause appearing, the Court hereby ORDERS** that Candace Marie Zie,

17 Reg. No. 56568-112, be released on bail pending appeal. The Court further **ORDERS**

18 that Ms. Zie shall report to the U.S. Probation Department in the Central District of

19 California within 72 hours of her release, if she cannot be released directly to a U.S.

20 Probation Officer.

21  **It is so Ordered.**

22 Dated: August 27, 2013      *Terry J. Hatter, Jr.*

23            _____
             **Honorable Terry J. Hatter. Jr.**
             **United States District Judge**

24
CC: USM, USPO, PTS
25
26
27
28